**Clement Leo BEZOLD, Jr., Movant,**

v.

**KENTUCKY BAR ASSOCIATION,
Respondent.**

No. 94–SC–196–KB.

Supreme Court of Kentucky.

July 21, 1994.

### ORDER OF REINSTATEMENT

On recommendation of the Board of Governors of the Kentucky Bar Association, Clement Leo Bezold, Jr., is hereby reinstated to the practice of law.

Mr. Bezold shall pay any costs incurred by the Kentucky Bar Association in the processing of the application.

ENTERED: July 21, 1994.

/s/ Robert F. Stephens

ROBERT F. STEPHENS,
Chief Justice